**ADVANCE UNITED EXPRESSWAYS, INC., Plaintiff–Appellee,**

v.

**EASTMAN KODAK COMPANY, Defendant–Appellant.**

**No. 91–1320.**

United States Court of Appeals, Fifth Circuit.

April 22, 1993.

Byron D. Olsen, Felhaber, Larson, Fenlon & Vogt, Barbara R. Kueppers, Minneapolis, MN, for Eastman Kodak.

Nicholas J. DiMichael, Richard D. Fortin, Donelan, Cleary, Wood & Maser, Washington, DC, for amicus curiae—Nat. Indus. Transp. League.

Judith A. Albert, Atty., I.C.C., Washington, DC, for amicus curiae I.C.C.

---

Daniel J. Sweeney, McCarthy, Sweeney & Harkaway, Washington, DC, Paul O. Taylor, Minneapolis, MN, David G. Sperry, Independence, MO, for amicus curiae—Health & Personal Care Dist. Conference, et al.

ON PETITION FOR REHEARING & SUGGESTION FOR REHEARING EN BANC

(Opinion June 26, 5th Cir., 1992 965 F.2d 1347)

Before GOLDBERG, JOLLY, and WIENER, Circuit Judges.

BY THE COURT:

To the extent that our opinion of June 26, 1992, 965 F.2d 1347, is in conflict with *Reiter v. Cooper*, —— U.S. ——, 113 S.Ct. 1213, 122 L.Ed.2d 604 (1993), it has been overruled. In all other respects, the petition for rehearing is DENIED. The case is thus REMANDED to the district court for further consideration in the light of *Reiter* and of our opinion.

Finally, no active judge having requested that the court be polled, the petition for rehearing *en banc* is DENIED.